**No. 54415.**—Anglo American & Colonial Co., Ltd., et al. *v.* United States, protests 139792–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.